No. 1146. CENTRAL PARK, NORTH & EAST RIVER RAILROAD COMPANY, PETITIONER, *v.* THE FARMERS' LOAN & TRUST COMPANY, TRUSTEE, ET AL.   June 10, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. William N. Dykman* and *Mr. Arthur E. Goddard* for the petitioner. *Mr. Frederick Geller* and *Mr. Bronson Winthrop* for the respondents.

---

No. 1158. THE WILLIAMS SOAP COMPANY ET AL., PETITIONERS, *v.* THE J. B. WILLIAMS COMPANY.   June 10, 1912.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles T. Hanna* and *Mr. Thomas A. Daily* for the petitioners. *Mr. V. H. Lockwood* for the respondent.

---

No. 1161. DEGRASSE PAPER COMPANY, PETITIONER, *v.* AMERICAN SULPHITE PULP COMPANY.   June 10, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Henry Schreiter* for the petitioner.   No appearance for the respondent.